HOPEDALE ELECTRIC COMPANY, Respondent, *v.* ELECTRIC STORAGE BATTERY COMPANY, Appellant.

*Hopedale Electric Co.* v. *Electric Storage Battery Co.*, 132 App. Div. 348, affirmed.

(Argued April 6, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action on contract.

*William H. Page* and *G. H. Crawford* for appellant.

*Austen G. Fox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.